```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*
------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

ORDER NO. 68

JESSE M. FURMAN, United States District Judge:

On June 17, 2015, New GM filed a motion to dismiss, without prejudice, the claims of several personal injury and wrongful death plaintiffs ("Plaintiffs") who had failed to submit substantially complete plaintiff fact sheets ("PFSs") as required by Order No. 25. (14-MD-2543 Docket No. 1047). Pursuant to that Order, Plaintiffs had fourteen days — until July 1, 2015 — to file responses either certifying submission of a completed PFS or opposing New GM's motion for other reasons. (14-MD-2543 Docket No. 422). New GM filed a reply on July 2, 2015 naming those Plaintiffs who failed to submit any response within the required time period. (14-MD-2543 Docket No. 1118). (A list of those Plaintiffs is attached to this Order as **Exhibit A**.)

In light of Plaintiffs' continued failure to submit substantially complete PFSs as required by Order No. 25, the claims of Plaintiffs on Exhibit A are hereby DISMISSED without prejudice. Should any Plaintiff submit all required documentation within the next thirty days, or otherwise contest this dismissal, he or she may move to vacate the dismissal pursuant to Paragraph 25 of Order No. 25.

The Clerk of Court is directed to terminate 14-MD-2543 Docket No. 1047.

SO ORDERED.

Dated: July 9, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

# EXHIBIT A

**Exhibit A: Plaintiffs With Discovery Outstanding Per MDL Order No. 25.**

| Case | Plaintiff | Discovery Outstanding |
|---|---|---|
| Boyd, et al. v. General Motors LLC<br>1:14-cv-08385 | Boyd, James | PFS, Declaration, Authorizations, and Requested Documents |
| Boyd, et al. v. General Motors LLC<br>1:14-cv-08385 | Cameron, John | PFS, Declaration, Authorizations, and Requested Documents |
| Boyd, et al. v. General Motors LLC<br>1:14-cv-08385 | Marino, Lisa | PFS, Declaration, Authorizations, and Requested Documents |
| Dowling v. General Motors LLC, et al.<br>1:15-cv-02033 | Dowling, Jamie Lee | PFS, Declaration, Authorizations, and Requested Documents |
| Hamilton, et al. v. General Motors LLC<br>1:14-cv-07224 | Hamilton, Joseph | PFS, Declaration, Authorizations, and Requested Documents |
| Hamilton, et al. v. General Motors LLC<br>1:14-cv-07224 | Hamilton, Stephanie | PFS, Declaration, Authorizations, and Requested Documents |
| O'Neill, et al. v. General Motors Co., LLC<br>1:14-cv-08133 | O'Neill, Debra | PFS, Declaration, Authorizations, and Requested Documents |
| Patterson, et al. v. General Motors LLC<br>1:15-cv-02089 | Hayes, Gelisha | PFS, Declaration, Authorizations, and Requested Documents |
| Zehner, et al. v. General Motors LLC<br>1:15-cv-01982 | Zehner, Ginger | PFS, Declaration, Authorizations, and Requested Documents |
| Zehner, et al. v. General Motors LLC<br>1:15-cv-01982 | Zehner, Ted | PFS, Declaration, Authorizations, and Requested Documents |